**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>VS. )<br>)<br>WILLIE MERRIWEATHER, )<br>)<br>Defendant. ) | CR. NO. 1:18-10017-STA |

**ORDER ON GUILTY PLEA
AND NOTICE OF SETTING**

This cause came to be heard on February 28, 2018, Assistant United States Attorney, Taylor Eskridge, appearing for the Government and the defendant, Willie Merriweather, appearing in person, and with counsel, Matt Maddox.

The defendant entered a plea of guilty to Count 1 of the Information.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, MAY 22, 2018 at 1:30 P.M., before Chief Judge S. Thomas Anderson.**

The defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 28th day of February, 2018.

                          s/ S. Thomas Anderson
                          CHIEF JUDGE, U. S. DISTRICT COURT