# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 1:18-CR-10017-1-STA |
| WILLIE MERRIWEATHER, | |
| Defendant. | |

## ORDER ON MOTION TO CONTINUE SENTENCING HEARING AND NOTICE OF RESETTING

Upon motion of the defendant, Willie Merriweather, to continue his sentencing hearing scheduled May 22, 2018, without objection from the Government and for good cause shown, IT IS HEREBY ORDERED that the defendant's sentencing hearing is continued to **Monday, June 18, 2018 at 2:00 P.M.**

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

4/18/2018
DATE